**David Bertoni - Deposition of Brann & Isaacson; Final Week Depositions**

| | |
|---|---|
| **From:** | David Bertoni |
| **To:** | lawrence.stanley@bingham.com |
| **Date:** | 11/25/2009 12:21 PM |
| **Subject:** | Deposition of Brann & Isaacson; Final Week Depositions |
| **CC:** | elaine.mcchesney@bingham.com; Diane Greene; Matthew Schaefer; Phet Walker |

**Security:** Confidential

Dear Mr. Stanley,

We are in receipt of Defendants' motion to quash, as well as its subpoena of Brann & Isaacson, which was served on Brann & Isaacson, by hand, after close of business on Thursday, November 19, 2009. Please treat this email as satisfying our meet and confer obligation under the Federal Rules of Civil Procedure and Local Rules of Court. Failing your agreement to withdraw the Brann & Isaacson subpoena and agree to a suspension of all depositions set for next week, we will be filing appropriate motions with the Court to address the issues set forth herein. We anticipate filing a motion to quash and for protective order regarding the Brann & Isaacson deposition, and a Motion for Protective Order with regard to all depositions set for next week.

BRANN & ISAACSON DEPOSITION

Your local counsel served a subpoena on L.L. Bean's outside law firm which seeks clearly privileged information (and work product) from multiple lawyers at Brann & Isaacson, including its trial attorneys. The subpoena is vast in scope, extraordinarily short in notice (particularly given over seventy-five document requests, including subparts), and covers attorney client communications and documents immune from discovery for a period exceeding a decade. We further believe that none of the prerequisites for deposing Brann & Isaacson have been met, including exhausting other sources of non-privileged information on the topics requested. In addition, the subpoena reflects no effort to minimize the burden on Brann & Isaacson as a third-party witness.

FINAL WEEK DISCOVERY

You have moved to quash the deposition of FIA on a variety of grounds, despite pursuing even more over-reaching and onerous discovery next week. For example, you complain about the reasonability of notice of the 30(b)(6) deposition of FIA, which the parties long understood would be conducted and which contained no document requests, while serving an extraordinarily broad subpoena on Brann & Isaacson with equally short notice (after business hours on Thursday, November 20), and also including a fifteen page document request with numerous subparts and raising attorney-client and work product privileges far more complex than any deposition of FIA. Absent an agreement on your part to suspend all discovery next week to permit the Magistrate Judge to allow for resolution of discovery disputes and the fair and orderly completion of discovery in the case, we will file a motion for protective order to accomplish this.

Please let me know as soon as possible if you are amenable to a withdrawal of the Brann & Isaacson subpoena and a suspension of next week's discovery to permit the Court to address our respective claims.

David Bertoni

**EXHIBIT A**

David W. Bertoni
Brann & Isaacson
184 Main Street
Lewiston, Maine 04243-3070
Phone (207) 786-3566
Telecopy (207) 783-9325
dbertoni@brannlaw.com
http://www.brannlaw.com

The information contained in this email is confidential, and intended only for listed recipients. If you have received it in error, please delete it immediately.